# EXHIBIT V

**FN-OMB-FOIA** <OMBFOIA@omb.eop.gov>                                  Fri, Mar 23, 2018 at 4:01 PM
To: FOIA Inbox <foia@protectdemocracy.org>

Greetings:  This email acknowledges receipt of your Freedom of Information Act (FOIA) request to the Office of Management and Budget (OMB) dated and received in OMB's FOIA office on March 20, 2018.  Your request has been logged in and is being processed.  For your reference, the OMB FOIA number is 2018-247.

Sincerely,?
Dionne Hardy????

_____
From: FOIA Inbox <foia@protectdemocracy.org>
Sent: Tuesday, March 20, 2018 2:38 PM
To: FN-OMB-FOIA
Subject: [EXTERNAL] Freedom of Information Act Request

To Whom It May Concern,

Attached please find a FOIA request from The Protect Democracy Project. If you have questions about this request, please contact Jamila Benkato via email at

jamila.benkato@protectdemocracy.org<mailto:jamila.benkato@protectdemocracy.org> or via phone at (202) 945-2157<tel:(202)%20945-2157>.
[Quoted text hidden]